STATE OF NEW JERSEY v. GREGORY WEBB.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. AL B. MOORE.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RUFUS L. HUDSON.

STATE OF NEW JERSEY v. RUSSELL SAMUEL HALL.

February 7, 1989.

Petition for certification granted.  (See 226 *N.J.Super.* 412)

STATE OF NEW JERSEY v. RAFAEL OCASIO.

February 7, 1989.

Petition for certification denied.